ACCEPTED
12-17-00239-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/22/2018 1:34 PM
Pam Estes
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/22/2018 1:34:23 PM

PAM ESTES
Clerk

January 22, 2018

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Juan Salinas, III**
       **12-17-00239-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

Board Certified in Criminal and Criminal Appellate Law
By the Texas Board of Legal Specialization
www.TheJacksonLawFirm.org | (903) 595-6070
PO Box 8355, Tyler, TX 75711

The Jackson Law Firm, PLLC

January 22, 2018

Juan Salinas, III
Inmate 02145798
Bradshaw Unit
PO box 9000
Henderson, TX 75653

**Re: Opinion**

Mr. Salinas:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,

Austin Reeve Jackson

Board Certified in Criminal and Criminal Appellate Law
By the Texas Board of Legal Specialization
www.TheJacksonLawFirm.org | (903) 595-6070
PO Box 8355, Tyler, TX 75711

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

HENDERSON, TX 75653

| Certified Mail Fee | | |
|---|---|---|
| $ | $3.45 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | $0.50 | |
| Total Postage and Fees | | |
| $ | $3.95 | |

TYLER TX SOUTHEAST CROSSING
JAN 22 2018
USPS - 75713
Postmark Here
0713 11
01/22/2018

Sent To _Juan Salinas_

Street and Apt. No., or PO Box No. _402145798    PO Box 9000_

City, State, ZIP+4® _Henderson, TX 75653_

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions